**Motion Granted and Order filed April 14, 2020**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-19-00650-CR**
**NO. 14-19-00651-CR**
_____

**JASMYNE LAMARQUE VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1590390 and 1590391**

## ORDER

Appellant's court-appointed counsel filed a brief in which she concludes the appeals are wholly frivolous and without merit. Appellant filed a motion requesting to review the records so he may file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the judge of the 178th District Court to afford appellant an opportunity to view the trial records in accordance with local procedure; that the clerk of that court furnish the records to appellant on or before **May 1, 2020;** that the clerk of that court certify to this court the date on which delivery of the records to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel consists of Justices Christopher, Zimmerer, and Wise